UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                                    Case No. 08-cr-59-01-SM

<u>Dominic Pace</u>

<u>O R D E R</u>

Defendant's assented-to motion to continue the trial (document no. 19) is granted. Trial has been rescheduled for the January 2009 trial period. Defendant shall file a Waiver of Speedy Trial Rights not later than December 4, 2008. On the filing of such waiver, his continuance shall be effective.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

| | |
|---|---|
| Final Pretrial Conference: | January 14, 2009 at 4:30 PM |
| Jury Selection: | January 21, 2009 at 9:30 AM |

SO ORDERED.

November 21, 2008

_____
Steven J. McAuliffe
Chief Judge

cc:  Adam Bernstein, Esq.
     Debra Walsh, AUSA
     U. S. Probation
     U. S. Marshal