```
             UNITED STATES DISTRICT COURT
               DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

    v.                    Criminal No. 08-cr-59-01-SM

<u>Dominic Pace</u>

<u>ORDER</u>

Re: Document No. 27, MOTION to Appoint New Counsel

Ruling: Denied, but without prejudice to refiling a motion to appoint counsel supported by an affidavit establishing indigency and entitlement to counsel at government expense.  The motion is unclear in that defendant states in his motion that current counsel is privately retained, suggesting that he can afford counsel.  In that event, he is free to retain substitute counsel as he wishes.  If he is seeking new counsel because he can no longer afford counsel, then he must establish his entitlement to court appointed counsel.

                                            _/s/ Steven J. McAuliffe_
                                            Steven J. McAuliffe
                                            Chief Judge

Date: March 19, 2009

cc: Counsel of Record